**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Monrail Lashun MADDOX, a/k/a**
**Monral Lashun Maddox,**
**Defendant—Appellant.**

No. 08–7295.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 13, 2008.

Decided Nov. 21, 2008.

Monrail Lashun Maddox, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monrail Lashun Maddox appeals a district court order denying his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Maddox,* No. 1:03–cr–00092–LHT, 2008 WL 2773781 (W.D.N.C.

July 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*